# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
|  | Chapter 11 |
| Debtor. | |
| JAMES ADAMS, et al., | Civil Action No. 22-01738 |
| Appellants, | Section "T-3" |
| VERSUS | Judge Greg G. Guidry |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Dana Douglas |
| Appellees. | |

## MOTION TO DISMISS APPEAL

NOW INTO COURT, through undersigned counsel, comes The Roman Catholic Church of the Archdiocese of New Orleans (the "**Debtor**" or "**Archdiocese**"), the debtor and debtor-in-possession in the bankruptcy case from which this appeal arises, who files this *Motion to Dismiss Appeal*.[1]  As more fully set forth in the accompanying Memorandum in Support, this Court should dismiss the above-captioned appeal initiated by Appellants for lack of appellate standing and lack of subject matter jurisdiction.

---

[1] This Court's Local Civil Rule 83.4.2, titled "Appeal to the District Court," provides as follows: "Appeals from judgments, orders or decrees of a bankruptcy judge are governed by Part VIII of the Bankruptcy Rules (Section 8001, *et seq.*) and the applicable local rules of the district and bankruptcy courts."  Out of an abundance of caution, this Motion to Dismiss Appeal complies with Local Civil Rule 7, which requires a notice of submission and a separate memorandum, and Local Civil Rule 10.1, which governs the form of documents filed in this Court.

Dated: July 19, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
MARK A. MINTZ (#31878)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA 70170
Telephone: (504) 582-8000
Facsimile: (504) 589-8260
Email: pvance@joneswalker.com
Email: efutrell@joneswalker.com
Email: dwegmann@joneswalker.com
Email: mmintz@joneswalker.com
Email: akingsmill@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz