UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | Case No. 20-10846 |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, | Section "A" |
| Debtor. | Chapter 11 |
| JAMES ADAMS, et al., | Civil Action No. 22-01738 |
| Appellants, | Section "T-3" |
| VERSUS | Judge Greg G. Guidry |
| THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS, et al., | Magistrate Judge Dana Douglas |
| Appellees. | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the Motion to Dismiss Appeal, filed The Roman Catholic Church of the Archdiocese of New Orleans, will be submitted for consideration before the Honorable Greg G. Guidry, United States District Court for the Eastern District of Louisiana, on August 3, 2022 at 10:00 a.m.

[*Signature Page Follows*]

Dated: July 19, 2022

Respectfully submitted,

*/s/ Mark A. Mintz*
R. PATRICK VANCE (#13008)
ELIZABETH J. FUTRELL (#05863)
EDWARD D. WEGMANN (#13315)
MARK A. MINTZ (#31878)
ALLISON B. KINGSMILL (#36532)
Jones Walker LLP
201 St. Charles Avenue, 51st Floor
New Orleans, LA   70170
Telephone: (504) 582-8000
Facsimile:  (504) 589-8260
Email:  pvance@joneswalker.com
Email:  efutrell@joneswalker.com
Email:  dwegmann@joneswalker.com
Email:  mmintz@joneswalker.com
Email:  akingsmill@joneswalker.com

**ATTORNEYS FOR
THE ROMAN CATHOLIC CHURCH OF
THE ARCHDIOCESE OF NEW ORLEANS**

## CERTIFICATE OF SERVICE

I hereby certify that, on July 19, 2022, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which provides notice of filing to all counsel of record by electronic means.

*/s/ Mark A. Mintz*
Mark A. Mintz

2