UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIV. NO. 22-1738<br><br>SECTION: T(3) |

## JUDGMENT

On August 11, 2022, the Court issued an Order granting a *Motion to Dismiss* in favor of the Appellees. Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of the Appellees, Roman Catholic Church of the Archdiocese of New Orleans, Official Committee of Unsecured Creditors, Apostolates, and Hancock Whitney Bank.

New Orleans, Louisiana, this 11th day of August, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge