UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-01738 |
| | ) | |
| ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | ) ) | JUDGE GUIDRY |
| | ) | MAGISTRATE DOUGLAS |
| | ) | |

**NOTICE OF APPEAL**

NOW INTO COURT come Appellants, abuse survivors, and ex-committee members of the Unsecured Creditors Committee James Adams, Jackie Berthelot, Eric Johnson, and Theodore Jackson, in accordance with Federal Rule of Appellate Procedure 3, who hereby give notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Final Judgment both entered in this action on August 11, 2022, the Order granting the Archdiocese of New Orleans Motion to Dismiss [Rec. Doc. 38], and the Final Judgment granting the Motion to Dismiss in favor of the Archdiocese of New Orleans [Rec. Doc. 39].

        Respectfully submitted,

        /s Soren Gisleson
        SOREN E. GISLESON La Bar No. 26302
        HERMAN, HERMAN & KATZ
        820 O'Keefe Avenue
        New Orleans, Louisiana 70113
        Tel: (504) 581-4892
        Fax: (504) 561-6024
        Email: sgisleson@hhklawfirm.com

        -AND-

RICHARD C. TRAHANT (# 22653)
ATTORNEY AT LAW
2908 Hessmer Avenue
Metairie, LA 70002
Telephone: (504) 780-9891
FAX: (504) 780-9891
Email: trahant@trahantlawoffice.com

-AND-

JOHN H. DENENEA, JR. (#18861)
SHEARMAN~DENENEA, L.L.C.
4240 Canal Street
New Orleans, LA 70119
Telephone: (504) 304-4582
FAX: (504) 304-4587
jdenenea@midcitylaw.com

*Attorneys for James Adams, Jackie Berthelot, Theodore Jackson, and Eric Johnson*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served on all counsel of record by operation of the Court's electronic filing system on this 16th day of August, 2022.

S/Soren E. Gisleson