UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | CIVIL ACTION<br><br>NO. 22-1738<br><br>SECTION M (3) |

## ORDER

Appellants filed a request for oral argument (R. Doc. 58) on their motion to vacate judgment (R. Doc. 57). The Court declines to schedule oral argument at this time. If the Court later finds that oral argument would be helpful, counsel will be notified.

New Orleans, Louisiana, this 3rd day of May, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE